UNITED STATES of America, Appellant, v. Vernon ECKMAN and Alex Karvonen, Appellees.

No. 11014.

Circuit Court of Appeals, Ninth Circuit.

June 18, 1945.

Raymond E. Plummer, Asst. U. S. Atty., of Anchorage, Alaska, for appellant.

Edward V. Davis, of Anchorage, Alaska, for appellee.

Before GARRECHT, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the motion of counsel for appellant for dismissal of appeal herein, and by direction of the Court, it is ordered that the motion be, and hereby is granted, and that the appeal in this cause be dismissed, that a decree be filed and entered accordingly and the mandate of this court in this cause issue forthwith.